**In the Interest of J.M.M., Jr., T.L.G., S.M.M.**

**Alan M. GREMLI, Juvenile Officer, Respondent,**

v.

**John Michael MAIN, Sr. and Theresa Katherine Main, Appellants.**

**No. WD 41304.**

Missouri Court of Appeals, Western District.

Jan. 9, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1990.

Application to Transfer Denied April 17, 1990.

Kevin P. Rotert, Gladstone, for appellants.

Max Von Erdmannsdorff, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from termination of parental rights.

Affirmed. Rule 84.16(b).